UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE SEALED SEARCH WARRANT

_____/

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Leslie Cooper Vigen, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the United States of America in the above-captioned matters.

Date: August 1, 2023

Respectfully submitted,

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*